# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| O2COOL, LLC | ) |
| | ) |
| Plaintiff, | ) Civil Action No. |
| | ) |
| v. | ) |
| | ) |
| FIVE BELOW, INC., | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff, O2COOL, LLC, for its complaint against defendant, Five Below, Inc., alleges:

1. This is an action for infringement of United States Letters Patent No. 5,338,495. Jurisdiction is vested in this Court pursuant to 28 U.S.C. § 1338(a) and venue lies in this district by virtue of 28 U.S.C. §§ 1391 and 1400(b).

2. Plaintiff O2COOL, LLC ("O2COOL"), is a limited liability company organized and existing under the laws of the State of Delaware. O2COOL is licensed to do business in the State of Illinois and has a principal place of business at 168 North Clinton, Suite 500, Chicago, Illinois 60661.

3. Defendant, Five Below, Inc. ("Five Below"), is, on information and belief, a corporation organized and existing under the laws of the State of Pennsylvania having a principal place of business at 1818 Market Street, Suite 1900, Philadelphia, Pennsylvania 19103. On information and belief, Five Below is licensed to do business and is doing business within this district.

4. On August 16, 1994, United States Letters Patent No. 5,338,495 ("the '495 patent") was duly and legally issued by the United States Patent and Trademark Office ("USPTO") for an invention entitled "Portable Misting Fan". A true and correct copy of the '495 Patent is attached as Exhibit A hereto. O2COOL is the owner of the entire right, title and interest in the '495 patent and has the right to bring suit for infringement thereon.

5. Five Below has, on information and belief, unlawfully and intentionally infringed the '495 patent in this district and elsewhere by making, having made, using, offering for sale and/or selling portable spray fan misting bottles embodying the invention of the '495 patent, including portable spray fan misting bottles identified as "SPRAY BOTTLE", a picture of which is attached as Exhibit B. On information and belief, Five Below has induced infringement and/or has contributed to the infringement of the '495 patent in this district and elsewhere.

6. The wrongful acts of Five Below as alleged herein were undertaken without authority and without license from O2COOL. On information and belief, Five Below had actual notice of said Letters Patent and its acts of infringement have been willful and wanton, in blatant disregard for the intellectual property rights of O2COOL.

7. O2COOL has suffered damage by reason of the acts of infringement by Five Below and will suffer additional and irreparable damage unless Five Below is enjoined by this Court from continuing their acts of direct infringement, inducement of infringement and/or contributory infringement.

WHEREFORE, O2COOL requests that this Court enter a judgment in favor of O2COOL and against Five Below awarding to O2COOL the following relief:

A.   Ordering, adjudging and decreeing that Five Below has directly infringed the '495 patent in violation of 35 U.S.C. § 271(a) by making, having made, using, selling and/or offering for sale portable spray fan misting bottles embodying the invention of the '495 patent;

B.   Ordering, adjudging and decreeing that Five Below has induced the infringement of the '495 patent in violation of 35 U.S.C. § 271(b);

C.   Ordering, adjudging and decreeing that Five Below has engaged in acts amounting to contributory infringement of the '495 patent in violation of 35 U.S.C. § 271(c);

D.   Ordering, adjudging and decreeing that the acts of infringement, inducing infringement and contributory infringement of the '495 patent committed by Five Below were committed willfully and knowingly;

E.   Enjoining, both preliminarily and permanently, Five Below, its parents, principals, officers, directors, agents, affiliates, servants, attorneys, employees and all others in privity with it from infringing the '495 patent;

F.   Awarding to O2COOL damages for infringement of the '495 patent, including its lost profits, together with prejudgment interest on the amount awarded;

G.   Awarding to O2COOL three times its damages to compensate O2COOL under 35 U.S.C. § 284;

M.   Ordering, adjudging and decreeing that acts of infringement of Five Below, as herein alleged warrant a finding that this is an exceptional case and awarding to O2COOL its reasonable attorneys' fees under 35 U.S.C. § 285;

N.   Awarding to O2COOL its costs incurred in the prosecution of this action;

and

      O.     Awarding to O2COOL such other and further relief as the Court may deem just and proper.

## JURY DEMAND

O2COOL demands trial by jury of all issues in this action so triable.

Respectfully submitted,

O2COOL, LLC

/s/ Keith V. Rockey
KEITH V. ROCKEY (ID #02360624)
KATHLEEN A. LYONS (ID #06186939)
MATTHEW L. DE PRETER (ID #06291503)
 Rockey& Lyons
 180 N. Stetson, Suite 3500
 Chicago, IL 60601
 Telephone: (312) 268-5703
 Facsimile: (312) 268-5801

Attorneys for Plaintiff O2COOL, LLC